MARIA NORMAN, Appellant, *v.* LONG ISLAND RAIL ROAD COMPANY, Respondent.

Argued April 22, 1941; decided May 22, 1941.

*Benedict Ginsberg* and *Michael M. Platzman* for appellant.
*Ralph E. Hemstreet* and *Louis J. Carruthers* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.